Debtors may request to receive Court notices and orders by email instead of U.S. mail. Sign Up at www.canb.uscourts.gov

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | The Music Link Corporation<br>Name | EIN: | 94−3282041 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter: | 7 7/9/26 |
| Case number: | 26−30608 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

12/20

450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | The Music Link Corporation | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | PO Box 808<br>Millbrae, CA 94030 | |
| **4. Debtor's attorney**<br>Name and address | Vinod Nichani<br>Nichani Law Firm<br>1960 The Alameda, Ste. 100<br>San Jose, CA 95126 | Contact phone 408−800−6174 |
| **5. Bankruptcy trustee**<br>Name and address | Paul Mansdorf<br>1569 Solano Ave. #703<br>Berkeley, CA 94707 | Contact phone (510) 526−5993<br>Email: paul@mansdorftrustee.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case online at https://pacer.uscourts.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>450 Golden Gate Avenue<br>Mail Box 36099<br>San Francisco, CA 94102 | Hours open:<br>Monday − Friday 9:00 am to 4:00 pm<br><br>Contact phone (888) 821−7606<br><br>Date: 7/10/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 5, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 954 489 7199, and Passcode 6761511473, OR call 1−510−585−4344**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 6 and served by mail on the trustee at the address above in box 5. | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9.** | | |

| | |
|---|---|
| **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |